UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    CONRAD CARMONA, SR.,                      Case No. 08-20783-dob
                                                                      Chapter 7 Proceeding
            Debtor.                               Hon. Daniel S. Opperman
_____/
LINDA J. MORRISON, VANESSA ANN GOMEZ,

    Plaintiffs,

v.                                                                 Adversary Proceeding
                                                                  Case No. 08-2075-dob

CONRAD CARMONA, SR.,

    Defendant.
_____/

<u>ORDER REGARDING DISCHARGEABILITY UNDER § 523(a)(6)</u>

For the reasons stated in the Court's Opinion on Complaint to Declare Debt Non-Dischargeable, entered contemporaneously herewith;

IT IS HEREBY ORDERED that Defendant Conrad Carmona, Sr.'s debt of $10,000 to Plaintiff Linda J. Morrison is excepted from discharge;

IT IS FURTHER ORDERED that Defendant Conrad Carmona, Sr.'s debt of $10,000 to Plaintiff Vanessa Ann Gomez is discharged.

**Signed on March 29, 2011**

                                                   **/s/ Daniel S. Opperman**
                                                      **Daniel S. Opperman**
                                                      **United States Bankruptcy Judge**

1